IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,                    )
                                     )    2:11-cv-2008-GEB-DAD
             Plaintiff,              )
                                     )
     v.                              )    ORDER RE: SETTLEMENT AND
                                     )    DISPOSITION
DAVID C. LIVINGSTON,                 )
Individually and d/b/a Smog          )
Busters; DEMETRA MANTIS,             )
Individually and as Guardian of      )
The Estate of Ryan Pehrson,          )
                                     )
             Defendants.             )
_____      )
```

Plaintiff filed a "Notice of Settlement" on November 9, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 12.)

Therefore, a dispositional document shall be filed no later than November 29, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  November 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge