IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                )
                                 )   2:11-cv-2008-GEB-DAD
           Plaintiff,            )
                                 )
      v.                         )   ORDER RE: SETTLEMENT AND
                                 )   DISPOSITION
DAVID C. LIVINGSTON,             )
Individually and d/b/a Smog      )
Busters; DEMETRA MANTIS,         )
Individually and as Guardian of  )
The Estate of Ryan Pehrson,      )
                                 )
           Defendants.           )
_____ )

        Plaintiff filed a "Notice of Settlement" on November 9, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 12.)

        Therefore, a dispositional document shall be filed no later than November 29, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  November 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1