IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                  )
                                   )    2:11-cv-02008-GEB-DAD
          Plaintiff,               )
                                   )
     v.                            )    ORDER OF DISMISSAL
                                   )
DAVID C. LIVINGSTON,               )
Individually and d/b/a Smog        )
Busters; DEMETRA MANTIS,           )
Individually and as Guardian of    )
The Estate of Ryan Pehrson,        )
                                   )
          Defendants.              )
_____  )
```

Plaintiff filed a Notice of Settlement on November 9, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 12.) Therefore, an "Order Re Settlement and Disposition" was filed on November 10, 2011, which directed the parties to file a dispositional document no later than November 29, 2011. (ECF No. 13.) The November 10, 2011, Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. The parties subsequently stipulated for three extensions of time to file dispositional documents. (ECF Nos. 15-17.) The third stipulation required a dispositional document be filed no later than January 31, 2012. (ECF No. 17.)

1  Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency of this
3 action, this action is dismissed without prejudice.
4  IT IS SO ORDERED.
5 Dated: February 8, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge